LOUIS B. HASBROUCK, as Receiver of the Property of CHARLES B. CASTLE, Respondent, *v.* WILLIAM L. MARKS, Appellant.

*Hasbrouck* v. *Marks*, 58 App. Div. 33, affirmed.
(Argued March 4, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March

7, 1901, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*Emanuel J. Myers* for appellant.

*Louis Marshall* for respondent.

Judgment affirmed, with costs, and ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.